1144

No. 95–7880. BRAUN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7882. WHITE v. NEW YORK STATE WORKERS' COMPENSATION BOARD. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 95–7885. ESTES v. NAMBA ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7887. FREE v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 95–7893. SOLER-SOMAHANO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 11th Cir. Certiorari denied.

No. 95–7896. BELYEU v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–7899. POWELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7905. DAVENPORT v. MELOY, SUPERINTENDENT, ROCKVILLE TRAINING CENTER. C. A. 7th Cir. Certiorari denied.

No. 95–7910. DIGBY v. FOLLOWILL, JUDGE, SUPERIOR COURT OF GEORGIA, CHATTAHOOCHEE COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7915. SCOTT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–7917. BRYSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7918. CAVANAUGH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–7920. ANDERSON v. NEWBERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–7928. KILIONA v. HAWAII ET AL. C. A. 9th Cir. Certiorari denied.